Keith Peek,
Logan Hoffman,
Plaintiff's
Pro Se
1020 Piedmont Ave NE
Apt 2201
Atlanta, GA 30309



FILED

DEC 27 2021

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KEITH PEEK,                     )
                                )
LOGAN HOFFMAN,                  )
                                )               21 - 1826
        Plaintiffs,             ) Civil Action NO:
                                )
v.                              ) **COMPLAINT FOR DAMAGES FOR:**
                                ) **1. Intentional Infliction**
COINBASE, INC.,                 )    **of Emotional Distress**
                                ) **2. Violation of the Fair**
                                )    **Credit Billing Act 15**
        Defendant.              )    **U.S. Code § 1666**
                                ) **3. Violation of the Truth**
                                )    **in Lending Act**
                                )    **U.S. Code § 1666**
                                ) **4. Embezzlement and Theft**
                                )    **U.S. Code § 18 USC 31**
_____) **DEMAND FOR JURY TRIAL**

### COMPLAINT

COMES NOW Plaintiff's Keith Peek and Logan Hoffman, and
hereby files their Complaint, showing this Honorable Court the
following:

### PARTIES, JURISDICTION AND VENUE

1.

Plaintiff's, Keith Peek and Logan Hoffman, (hereinafter
referred to as "Plaintiff's") are a resident of Fulton
County, Georgia.

2.

Defendant, Coinbase, Inc. (hereinafter referred to as "Coinbase") is a corporation organized and existing under the laws of the State of Delaware with its principal place of business located in Wilmington, DE.

3.

Coinbase may be served with process by serving a second original of the Plaintiff's Complaint to its Registered Agent The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington Delaware, 19801.

4.

Defendants are subject to the personal jurisdiction of this Court.

5.

Defendant, Coinbase's registered agent is located in New Castle County. Therefore, venue is appropriate in this Court.

**PRELIMINARY STATEMENT OF FACTS**

6.

Plaintiff's hereby incorporates paragraphs 1 through 5 of their Complaint as though fully set forth herein.

7.

Defendant is a Financial Institution with locations

throughout the United States.

8.

Plaintiff's held crypto currency and debit card accounts with the Defendant, and entered a user agreement with Coinbase outlining the terms of its use.

9.

Defendant, in accordance with their user agreement, was notified in writing of unauthorized charges on Plaintiff, Keith Peek's debit card totaling approximately $1119.84, and failed to mitigate Peek's loss as outlined in his user agreement, and in violation of 15 U.S. Code § 1666.

10.

Defendant, Coinbase, on May 20, 2021, ceased 12.99 of Plaintiff, Keith Peek's, ethereum while in Defendants possession, and staked said ethereum without Plaintiff's permission or knowledge.

Plaintiff's requested that staked ethereum be released for trade, and subsequently lost tens of thousands of dollars due to being unable to trade said crypto currency, and was forced to seek loans against Mr. Peek's ethereum to cover every day expenses.

11.

Defendants actions were deliberate, deceitful, with malice,

and in violation of U.S. Code § 18 USC 31.

12.

The Plaintiff immediately pointed out the defendants error(s), and the defendant refused to administratively mitigate plaintiffs loss outside of litigation.

13.

The Defendants actions were with malice, and forced Plaintiff's to incur loan fees, and lose thousands due to their inability to trade.

14.

Defendant actions were intentional, and caused the Plaintiff's to suffer severe emotional distress, and loss.

15.

Moreover, the defendant still unlawfully holds and draws interest on Plaintiff's ethereum, and the fraudulent charge placed on Mr. Peek's debit card totaling over $60,000.00.

**Violation of the
Fair Credit Billing Act 15 U.S. Code § 1666**

16.

Plaintiff alleges and incorporates herein by reference, each and every allegation contained in paragraphs 1 through 15, inclusive of this Complaint as if set forth fully herein.

17.

Plaintiff, Keith Peek, maintains a Coinbase Debit Card with defendant, and notified the Defendant of a fraudulent charge on November 1, 2021.

18.

Defendant, in accordance with their cardmember agreement will reverse any charges in which the cardholder has made known to be fraud, and provide a provisional credit within ten days.

19.

Plaintiff, beginning November 1, 2021, informed defendant in writing, that a charge in the amount of $1119.84, placed on October 29, 2021, was not authorized, and that the said charge was fraud.

20.

Defendant deducted said funds from Plaintiff's ethereum, causing significant loss when not reversed.

21.

Defendants actions are in violation of their user agreement, and violate The Fair Credit Billing Act 15 U.S. Code § 1666.

22.

The Defendants actions were with malice, and damages should be asserted against defendant in a amount to be proven at trail.

## EMOTIONAL PAIN AND SUFFERING

### 23.

Plaintiff alleges and incorporates herein by reference, each and every allegation contained in paragraphs 1 through 22, inclusive of this Complaint as if set forth fully herein.

### 24.

Defendants actions have led to Plaintiff's suffering severe emotional distress and depression, and have caused significant financial hardship.

### 25.

Specifically, the Defendant's actions led to Plaintiff's borrowing money to offset the funds ceased by the defendant, and caused plaintiff to suffer emotional trauma.

### Violation of
### U.S. Code § 18 USC 31 Embezzlement and Theft

### 26.

Plaintiff alleges and incorporates herein by reference, each and every allegation contained in paragraphs 1 through 25, inclusive of this Complaint as if set forth fully herein.

### 27.

Defendants actions are ongoing, and continue to cause severe emotional pain and suffering to the Plaintiff, in that Plaintiff's loss continues to increase due to defendants theft

of plaintiff's crypto currency.

28.

Defendant, having been made known verbally and in writing, reference code HPZURCZH, continue to hold ransom Plaintiff's 12.99 ethereum, the $1119.84 fraudulent charge, plus all interest incurred to date, in violation of U.S. Code § 18 USC 31.

Wherefore, and based on the deliberate and malicious actions of the Defendant, Plaintiff's pray this Court award punitive damages in the amount of $55,000.00 to compensate them for their loss of loan fees which resulted in Plaintiff's severe emotional pain and suffering.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff's, as proposed in this Complaint, respectfully requests that the Court accept their Complaint, and enter judgment in their favor and against Defendant as follows:

    A.    For compensatory relief enjoining Defendants from engaging in the wrongful conduct complained of here pertaining to their failure to promptly mitigate Plaintiff's loss;

    B.    For punitive relief compelling Defendants to take appropriate measures to insure their agents properly

mitigate formal complaints;

C.    For equitable relief requiring restitution and disgorgement of the revenues wrongfully retained as a result of Defendants wrongful conduct;

D.    For an award of actual damages, in an amount to be determined;

E.    For an award of costs of suit and attorneys' fees, as allowable by law; and

F.    Such other and further relief as this court may deem just and proper.

Respectfully submitted this 15th day of December, 2021.

Keith Peek

Keith Peek
*Pro Se*

Logan Hoffman

Logan Hoffman
*Pro Se*

1020 Piedmont Ave NE
Apt 2201
Atlanta, GA 30309
(332) 225-7554   Phone
kp@peek-life.com Email

Logan Peek,
Keith Peek
1020 Piedmont Ave NE
Apt 2201
Atlanta, GA 30309
-Official Business-

FOREVER / USA
FOREVER / USA
FOREVER / USA
FOREVER / USA

United States District Court
Clerk of Court - Civil
844 North King Street
Wilmington, DE 19801

FILED
DEC 27 2021
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FILED
DEC 27 2021
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S.M
EX-RAY

